# Court of Appeals
# of the State of Georgia

ATLANTA,__September 25, 2014__

*The Court of Appeals hereby passes the following order:*

## A14A0671.  VIRGIL LAMAR MADDOX v. MELISSA RENE COLEMAN.

In this divorce case, Virgil Lamar Maddow filed a direct appeal from the trial court's order granting Melissa Coleman's motion to dismiss his appeal.  We lack jurisdiction.[1]

Pursuant to OCGA § 5-6-35 (a) (2), appeals from orders and judgment in divorce cases are required to be made by application for discretionary appeal.  See *Rodriguez v. Nunez*, 252 Ga. App. 56, 60 (3) (555 SE2d 514) ( 2001).  Because Maddox failed to follow the discretionary application procedure, his appeal is DISMISSED for lack of jurisdiction. See *Fitzgerald v. Department of Human Resources*, 231 Ga. App. 129 (497 SE2d 659) (1998).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*__09/25/2014_____

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*

---

[1] We transferred this case to the Supreme Court.  However, the Supreme Court determined that jurisdiction was proper in this Court because no issue of divorce or alimony could be raised unless the order dismissing the notice of appeal is overturned.